Eric Tsai (12882)
**MAURICE WUTSCHER LLP**
71 Stevenson, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
E-mail: etsai@mauricewutscher.com

Attorneys for Defendant
*Seterus, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CALVIN M. FAULEY,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC.,<br><br>    Defendant. | Case No.: 2:18-cv-01008-APG-VCF<br><br>Assigned to Hon. Andrew P. Gordon<br><br>**STIPULATION FOR EXTENSION OF TIME FOR SETERUS TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**<br><br>Complaint Filed: June 4, 2018<br>Trial Date: TBD |

IT IS HEREBY STIPULATED, by and between, Plaintiff Calvin M. Fauley ("Plaintiff") and Defendant Seterus, Inc. ("Seterus"), through their attorneys, that Seterus may have an additional thirty (30) days to answer or otherwise respond to Plaintiff's complaint ("Complaint"). Seterus shall answer or otherwise respond to Plaintiff's Complaint on or before July 30, 2018.

/ / /

/ / /

/ / /

The parties further agree that good cause exists for this extension. The amended response deadline allows Seterus to continue investigating the matter and for the parties to explore informal resolution of the dispute.

Dated: June 26, 2018

/s/ Eric Tsai
Eric Tsai (12882)
**MAURICE WUTSCHER LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
etsai@mauricewutscher.com
*Attorneys for Defendant*
*Seterus, Inc.*

Dated: June 26, 2018

/s/ David H. Krieger
David H. Krieger (9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
Tel. (702) 880-5554
Facsimile: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*
*Calvin M. Fauley*

**IT IS SO ORDERED:**

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 6-27-2018

**CERTIFICATE OF SERVICE**

    I, Eric Tsai, certify that on the 26th day of June 2018 and pursuant to Fed. R. Civ. P. 5, I served a true and correct copy of the foregoing document and related exhibits on all interested parties via CM/ECF.

/s/ Eric Tsai
Eric Tsai